NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JHAPHELIX ROBINSON, DOC #R50084, )
                               )
        Appellant, )
                               )
v.                                 )     Case No. 2D17-3238
                               )
STATE OF FLORIDA,            )
                               )
        Appellee. )
_____ )

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

        Affirmed.

SILBERMAN, LUCAS, and BADALAMENTI, JJ., Concur.